UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 25-9444-E | Date | March 6, 2026 |
|---|---|---|---|

| Title | JANA GROLLER v. STATE FARM, ET AL. |
|---|---|

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**          **(IN CHAMBERS)**

“Plaintiff's Motion for Leave to file First Amended Complaint, etc.,” filed March 4, 2026, is denied without prejudice for failure to demonstrate compliance with Local Rule 7-3.  From the declaration of Ryan J. Daneshrad, it is unclear whether the “meet-and-confer communications” referenced in paragraph 10 of the declaration constituted a conference “in person, by telephone, or via videoconference at least 7 days prior to the filing of the Motion,” as required by Local Rule 7-3. Furthermore, the declaration fails to set forth “the position of each party with respect to each disputed issue,” as required by Local Rule 7-3.

cc:      All Counsel of Record

Initials of Deputy Clerk  bm