UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-9444-E | Date | March 9, 2026 |

| | |
|---|---|
| Title | JANA GROLLER v. STATE FARM, ET AL. |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**
None

**Attorneys Present for Defendants:**
None

**Proceedings:**      **(IN CHAMBERS)**

"Plaintiff's Motion for Leave to File First Amended Complaint, etc.," filed March 9, 2026, is denied without prejudice for failure to demonstrate compliance with Local Rule 7-3, which requires that the pre-filing conference "take place in person, by telephone, or via videoconference. . . ."

cc:      All Counsel of Record

Initials of Deputy Clerk  bm